**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

EUROMARKET DESIGNS, INC.,
d/b/a Hudson Grace SF,

                Defendant.
------------------------------------------------------------X

Case No.   1:23-cv-4477-FB-TAM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Euromarket Designs, Inc.

Dated: Scarsdale, New York
       August 4, 2023

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                          By:  */s/Dan Shaked*
                              Dan Shaked, Esq.
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              e-mail: ShakedLawGroup@Gmail.com